IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11044-RGS

BIMAL GHOSE, )
 )
    Plaintiff, )
 )
v. )
 )
CONTINENTAL CASUALTY COMPANY, )
 )
    Defendant. )

## NOTICE OF APPEARANCE OF JEAN M. KELLEY ON BEHALF OF THE DEFENDANT CONTINENTAL CASUALTY COMPANY

Now comes Attorney Jean M. Kelley and hereby files her Entry of Appearance on behalf of the Defendant Continental Casualty Company in this matter.

Respectfully Submitted,

CONTINENTAL CASUALTY COMPANY,

By its Attorneys,

/s/ J. Kelley
Jean M. Kelley (BBO 265540)
Morrison, Mahoney & Miller, LLP
115 Commonwealth Ave.
Chestnut Hill, MA 02467
617-964-0323
jeanmkelley@comcast.net

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant hereby certifies that she served the foregoing **Answer to Complaint** and **Notice of Appearance of Jean M. Kelley** upon:

>George G. Burke
>Law Office of George G. Burke
>339 Hancock Street
>Quincy, Massachusetts 02171

by first class mail, postage prepaid, this 28th day of May, 2004.

_____
Jean M. Kelley

9