IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11044-RGS

BIMAL GHOSE,
   Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
   Defendant.

## DEFENDANT CONTINENTAL CASUALTY COMPANY'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

We hereby certify in accordance with this court's Local Rule 16.1(D)(3), that we have conferred and have discussed the budget for the cost of conducting a full course and various alternative courses of litigation and have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

CONTINENTAL CASUALTY
COMPANY

By: _Dale R. Crider_
Title: Assistant General Counsel

CONTINENTAL CASUALTY
COMPANY
By its attorneys,

SONNENSCHEIN NATH & ROSENTHAL LLP
Allison C. Blakley
Dana B. Gruen
8000 Sears Tower, 233 S. Wacker Dr.
Chicago, IL 60614
Tel: 312-876-8000
Fax: 312-876-7934

MORRISON MAHONEY & MILLER, LLP

_J. Kelly_
Jean M. Kelley, Esq. BBO#265540
115 Commonwealth Ave.
Chestnut Hill, MA 02467
Tel.: 617-964-0323
Fax.: 617-969-8737
jeanmkelley@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2004, I served a copy of the foregoing Rule 7.3(A) Corporate Disclosure Statement of the Defendant Continental Casualty Company; and Certification of Compliance with Local Rule 16.1(D)(3) of the Defendant Continental Casualty Company by first-class mail, postage prepaid, upon the following:

George G. Burke, Esq.
Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171

_____
Jean M. Kelley