IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIMAL GHOSE, )
 )
    Plaintiff, )
 )
v. ) Case No. 1:04-cv-11044-RGS
 )
 )
CONTINENTAL CASUALTY COMPANY, )
 )
    Defendant. )

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), the undersigned attorney, Robert D. Cultice, and the law firm of Wilmer Cutler Pickering Hale and Dorr (formerly Hale and Dorr LLP), hereby withdraw their appearances from the above-referenced civil action as counsel for the defendant, Continental Casualty Company. In support hereof, the undersigned represents that: (1) the defendant continues to be represented by attorneys Allison C. Blakley and Dana B. Gruen from the law firm of Sonnenschein Nath & Rosenthal LLP; (2) attorney Jean M. Kelley, from the law firm of Morrison, Mahoney & Miller LLP also recently filed an appearance on behalf of the defendant; (3) there are no motions pending before the Court; (4) no trial date has been set; (5) no hearings or conferences are scheduled; and (6) no reports, oral or written, are due.

                                          Respectfully Submitted,

                                          Robert D. Cultice (BBO # 108200)
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          60 State Street
                                          Boston, Massachusetts 02109
                                          (617) 526-6000
                                          (617) 526-5000 (facsimile)

Dated: July 19, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2004, I served a copy of the foregoing Notice of Withdrawal on the following by first class mail, postage prepaid:

> George G. Burke, Esq.
> 339 Hancock Street
> Quincy, MA 02171
>
> Jean M. Kelley, Esq.
> Morrison, Mahoney & Miller LLP
> 115 Commonwealth Avenue
> Chestnut Hill, MA 02467

_____
Richard W. O'Neill