IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL CASUALTY COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 04-11044-RGS |

## THE PARTIES' LOCAL RULE 16.1 JOINT STATEMENT

The parties, Plaintiff Bimal Ghose and Defendant Continental Casualty Company, by their attorneys and pursuant to this Court's July 13, 2004 Order and Local Rule 16.1, hereby submit the following Joint Statement:

1. On July 28, 2004, counsel for Defendant, Allison C. Blakley and Dana B. Gruen, conferred with counsel for Plaintiff, Jeffrey LaPointe, regarding the matters contained herein.

2. The parties propose the following discovery schedule:

    (a) Motions to join other parties and to amend the pleadings must be filed by September 15, 2004;

    (b) Initial disclosures must be produced by October 1, 2004;

    (b) Fact discovery will close on December 31, 2004;

    (c) Motions for summary judgment must be filed by February 18, 2004;

2. The parties will conform to the discovery limitations set forth in Fed. R. Civ. P. 26(b).

3. By signing this Joint Statement below, the parties and their attorneys certify that each party and their counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative

courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in L.R. 16.4.

4. The parties have agreed that Defendant will produce to Plaintiff a copy of the benefit plan(s) at issue and that Plaintiff will amend the Complaint to assert only an ERISA claim upon confirmation that the benefit plan(s) at issue are governed by ERISA.

5. By way of a settlement demand, Plaintiff has offered to dispose of the case upon receipt of the full amount of money Plaintiff would have received had his request for short term disability benefits been granted.

Respectfully submitted,

_Jeff LaPointe_  
One of the Attorneys for Plaintiff,  
Bimal Ghose

Jeff LaPointe  
Law Office of George G. Burke  
339 Hancock Street  
Quincy, Massachusetts 02171  
(617) 328-1300

_/s/_  
One of the Attorneys for Defendant,  
Continental Casualty Company

Allison C. Blakley  
Dana B. Gruen  
Sonnenschein Nath & Rosenthal LLP  
8000 Sears Tower  
233 S. Wacker Drive  
Chicago, Illinois 60606  
(312) 876-8000

Jean M. Kelley  
Morrison, Mahoney & Miller, LLP  
115 Commonwealth Ave.  
Chestnut Hill, MA 02467  
(617) 964-0323

11750687v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3d day of August, 2004, I served a copy of the foregoing Supplemental Affidavit of Dana B. Gruen, Esq. and The Parties' Local Rule 16.1 Joint Statement by first-class mail, postage prepaid, upon the following:

George G. Burke, Esq.
Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171

Jean M. Kelley