IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11044-RGS

BIMAL GHOSE,
    Plaintiff,
v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, Continental Casualty Company, by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Allison C. Blakley, Esq. and Dana B. Gruen, Esq. to appear on its behalf in this case. As grounds for this motion, as set forth in the attached Affidavits of Allison C. Blakley (Ex. A hereto) and Dana B. Gruen (Ex. B hereto), Continental Casualty Company states as follows:

1. Allison C. Blakley and Dana B. Gruen are members in good standing in every jurisdiction in which they have been admitted to practice;

2. There are no disciplinary proceedings pending against Attorney Blakley or Attorney Gruen as a member of the bar of any jurisdiction; and

3. Attorney Blakley and Attorney Gruen are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. The undersigned counsel Jean M. Kelley is an attorney practicing with the law firm of MORRISON MAHONEY LLP, and has a business address of 115 Commonwealth Avenue, Chestnut Hill, MA 02467, and is admitted to practice before the highest courts of Massachusetts. She is also admitted to practice before the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit. Undersigned counsel has filed her Notice of Appearance in the above-captioned matter and has signed the Answer filed on behalf of the Defendant. Both of those documents were filed on May 28, 2004.

WHEREFORE, Continental Casualty Company respectfully requests that the Court permit Allison C. Blakley and Dana B. Gruen to appear on its behalf in this matter.

Respectfully Submitted,
CONTINENTAL CASUALTY COMPANY,
By its Attorneys,

_____
Jean M. Kelley (BBO 265540)
MORRISON MAHONEY LLP
115 Commonwealth Ave.
Chestnut Hill, MA 02467
617-964-0323
jeanmkelley@comcast.net

## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11044-RGS

BIMAL GHOSE,
    Plaintiff,
v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

### AFFIDAVIT OF ALLISON C. BLAKLEY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Allison C. Blakley, having been duly sworn, do hereby depose and state the following:

1. I am a partner with the firm Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606.

2. I have been a member in good standing of the bar of the State of Illinois since 1982. I was also admitted in 1982 to practice before the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit. In 1985, I was admitted to practice before the United States District Court for the Eastern District of Michigan. I have also been admitted to practice in the United States District Courts for the Districts of Central Illinois and Arizona and in the United States Courts of Appeals for the

11745191\V-1

First, Third, Fifth, Ninth and Eleventh Circuits. I am a member in good standing of each of these bars and no disciplinary proceedings are pending against me in any jurisdiction.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Jean Kelly, an attorney duly admitted to practice in the United States District Court for the District of Massachusetts with an office located within that judicial district has been retained to associate with me as local counsel in this matter.

5. For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Defendant Continental Casualty Company.

Date: July 19, 2004

_____
Allison C. Blakley, ARDC # 6183001
Sonnenschein Nath & Rosenthal LLP,
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

**STATE OF ILLINOIS** )

**COUNTY OF COOK** ) SS.

*Sworn to and subscribed before me this*
19th *day of* July , 2004

_____
Karen J Barker
**Notary Public**
My Commission Expires: 02/09/06

"OFFICIAL SEAL"
KAREN J. BARKER
Notary Public, State of Illinois
My Commission Expires 02/09/06

2

11745191\V-1

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11044-RGS

BIMAL GHOSE,
    Plaintiff,
v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

**AFFIDAVIT OF DANA B. GRUEN IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Dana B. Gruen, having been duly sworn, do hereby depose and state the following:

1. I am associated with the firm Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606.

2. I have been a member in good standing of the bar of the State of Illinois since 1999. I was also admitted to practice in the United States Court for the Northern District of Illinois in 1999 and the Eleventh Circuit Court of Appeals in 2004. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Jean Kelley, an attorney duly admitted to practice in the United States District Court for the District of Massachusetts with an office located within that judicial district has been retained to associate with me as local counsel in this matter.

5. For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Defendant Continental Casualty Company.

Date: July 19, 2004

_____
Dana B. Gruen, ARDC # 6270531
Sonnenschein Nath & Rosenthal LLP,
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

*STATE OF ILLINOIS* )

*COUNTY OF* Cook ) SS.

*Sworn to and subscribed before me this*
19th *day of* July *, 2004*

_____
**Notary Public**
*My Commission Expires:* 3/26/05

```
"OFFICIAL SEAL"
SARAH E. NOVAK
Notary Public, State of Illinois
My Commission Expires 3/26/05
```

2

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of ___, 2004, I served a copy of the foregoing Motion for Admission to Practice Pro Hac Vice and Affidavits of Allison C. Blakley, Esq. and of Dana B. Gruen, Esq. by first-class mail, postage prepaid, upon the following:

George G. Burke, Esq.
Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171

_____
Jean M. Kelley