IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11044-RGS |
| ) | |
| CONTINENTAL CASUALTY ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SUMMARY JUDGMENT MOTIONS**

Defendant Continental Casualty Company ("Defendant" or "CNA") by and through its attorneys, Sonnenschein Nath & Rosenthal LLP, respectfully requests a twenty-one (21) day extension of the deadline for filing cross-motions for summary judgment in this case. In support of this unopposed motion, CNA states as follows:

1. In this ERISA action, Plaintiff alleges that CNA's benefits administrator's decision to deny him short term disability benefits was "arbitrary and capricious" as set forth in that Act.

2. On August 9, 2004, this Court ordered that the parties file the "record" in this case by October 15, 2004, and ordered that the parties file their cross-motions for summary judgment by November 15, 2004.

3. The record was located in Maitland, Florida. Due to the recent hurricanes in Florida, CNA had some difficulties compiling the entire claims file. On October 15, 2004, CNA filed a portion of the claims file as the record in this matter and indicated that additional portions of the claims file would be forthcoming.

4. CNA has now compiled the entire claims file in this matter, and is filing the record, in its entirety, contemporaneously with this Motion.

- 2 -

5. In addition to the difficulties in compiling the record occasioned by the Florida hurricanes, the lead attorney for CNA, Allison C. Blakely, recently began a medical leave of absence, so CNA's attorneys require time to transition the case to another lead attorney.

6. On October 26, 2004, CNA's attorney Dana B. Gruen spoke with Plaintiff's attorney Jeff LaPointe who stated that Plaintiff does not oppose this Motion.

7. No other deadlines have been set in this case.

8. This is the first extension of time that has been requested in this case.

9. This Motion is being made in good faith and not for the purposes of harassment or delay.

WHEREFORE, for the foregoing reasons, Defendant Continental Casualty Company respectfully requests a twenty-one (21) day extension -- until December 6, 2004 -- of the date for both sides to file cross motions for summary judgment in this matter.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
One of the attorneys for Defendant
Continental Casualty Company

Allison C. Blakley
Deborah A. Devaney
Dana B. Gruen
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Dr.
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (facsimile)
dgruen@sonnenschein.com

Jean M. Kelley BBO#265540
Morrison, Mahoney & Miller, LLP
115 Commonwealth Ave.
Chestnut Hill, Massachusetts 02467
(617) 964-0323
(617) 969-8737 (facsimile)
jeanmkelley@comcast.net

11787438v1

- 3 -

                      MORRISON MAHONEY LLP

                      By: _____
                             One of the attorneys for Defendant
                             Continental Casualty Company

Jean M. Kelley BBO#265540
Morrison, Mahoney & Miller, LLP
115 Commonwealth Ave.
Chestnut Hill, Massachusetts 02467
(617) 964-0323
(617) 969-8737 (facsimile)
jeanmkelley@comcast.net

11787438v1



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

**Dana B. Gruen**
(312) 876-7535
dgruen@sonnenschein.com

8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
312.876.8000
312.876.7934 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

October 29, 2004

The Honorable Richard G. Stearns
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

Re:  Bimal Ghose v. Continental Casualty Company;
     Civil Action No. 01-11044-RGS

Dear Judge Stearns:

Pursuant to your Order of August 9, 2004, on October 15, 2004, Defendant filed the claims file as the record in the above-referenced ERISA matter. In a cover letter accompanying the filing, Defendant noted that its claims office is located in Maitland, Florida, and, due to the recent Florida hurricanes, it had experienced difficulty collecting all of the claims file materials. Thus, there would be additional materials to add to the record, and Defendant would supplement its filing as soon as possible.

Defendant has now located additional record materials for this matter. Accordingly, the entire record for this matter is enclosed. Please note that the enclosed materials *include* that which Defendant filed on October 15, 2004, so that this represents a complete filing, and the Court may discard the prior filing. In addition, the record is now Bates-labeled 0001-0322, for the parties' convenience in filing their summary judgment papers.



Please do not hesitate to contact me with any questions.

Sincerely,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: *Dana B. Gruen*

Dana B. Gruen

DBG:sg:11787524v1
Enclosures

cc:   Jeff LaPointe, Attorney for Plaintiff (w/ enclosures)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of Nov, 2004, I served a copy of the foregoing Defendant's Unopposed Motion For Extension Of Time To File Summary Judgment Motions and Letter of Dana B. Gruen dated October 29, 2004 by first-class mail, postage prepaid, upon the following:

Jeff LaPointe, Esq.
Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171

Jean M. Kelley