IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL CASUALTY )<br>COMPANY )<br>)<br>Defendant. ) | Civil Action No. 04-11044-RGS |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Continental Casualty Company ("Defendant" or "CNA"), by its attorneys, Sonnenschein Nath & Rosenthal LLP, and pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, hereby moves this Court to enter summary judgment in its favor in the above-captioned matter.

In this action, Plaintiff Bimal Ghose ("Plaintiff") claims that his September 17, 2003 request for short-term disability ("STD") benefits was wrongfully denied under the Employee Retirement Income Security Act ("ERISA"). CNA seeks summary judgment in this action because its decision to deny Plaintiff's claim for STD benefits was not arbitrary or capricious. Specifically, in support of this Motion, CNA states that:

1.     There is no genuine issue of material fact for trial and CNA is entitled to judgment as a matter of law;

2.     CNA's decision to deny Plaintiff's claim for STD benefits was reasonable and supported by the record evidence;

3.     CNA fairly considered the evidence presented in support of Plaintiff's claim for STD benefits; and

4.     Plaintiff's receipt of leave under the Family and Medical Leave Act ("FMLA") is immaterial.

In further support of this Motion, CNA relies upon the Integrated Disability Program, previously produced to Plaintiff in accordance with this Court's August 9, 2004 Order and attached to Plaintiff's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment as Exhibit 1, the record previously submitted to the Court Bates-labeled GHOSE0001-GHOSE0322, and Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment and Defendant's Memorandum of Law in Support of its Motion for Summary Judgment which are being filed contemporaneously with this Motion.

WHEREFORE, Defendant Continental Casualty Company respectfully requests that this Court grant its Motion for Summary Judgment and award attorney's fees and costs and such other relief as this Court deems appropriate.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____

Jeffrey S. Goldman
Dana B. Gruen
8000 Sears Tower
233 S. Wacker Dr.
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (facsimile)
dgruen@sonnenschein.com

MORRISON, MAHONEY & MILLER, LLP

By: _____

Jean M. Kelley BBO#265540
115 Commonwealth Ave.
Chestnut Hill, Massachusetts 02467
(617) 964-0323
(617) 969-8737 (facsimile)
jeanmkelley@comcast.net