IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE,<br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY<br>COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-11044-RGS<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    The Plaintiff, Bimal Ghose, pursuant to Fed. R. Civ. P. 56, hereby moves this Honorable Court to enter Summary Judgment against the Defendant, Continental Casualty Company.

    The Plaintiff, Bimal Ghose, was wrongfully denied short-term disability benefits by the Defendant, Continental Casualty Company, under the Employee Retirement Income Disability Act (E.R.I.S.A.).

    The Defendant's denial of benefits was arbitrary and capricious as it was not supported by reasonable evidence.

    See the Plaintiff's Memorandum of Law and Statement of Undisputed Facts in Support of the Plaintiff's Motion for Summary Judgment.

    Wherefore, the Plaintiff, Bimal Ghose, respectfully requests that this Honorable Court grant its Motion for Summary Judgment and award the Plaintiff attorneys fees, costs and any other relief the Court deems appropriate.

                                                               Respectfully Submitted,
                                                              Bimal Ghose,
                                                              By his Attorney,

                                                              _____
                                                              Jeffrey C. LaPointe, Esquire
                                                              Law Office of George G. Burke
                                                              339 Hancock Street
                                                              Quincy, Massachusetts 02171
                                                              (617) 328-1300
                                                              BBO No.: 286420

<u>Dated: December 30, 2004</u>