**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



CIVIL ACTION NO.: 04-11044-RGS

BIMAL GHOSE,
    Plaintiff,
v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

**AFFIDAVIT OF JEFFREY S. GOLDMAN IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jeffrey S. Goldman, having been duly sworn, do hereby depose and state the following:

1. I am a partner with the firm Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606.

2. I have been a member in good standing of the bar of the State of Illinois since 1970. I was also admitted to practice in the United States District Court for the Northern District of Illinois in 1970 and for the Central District of Illinois in 2000; and in the United States Supreme Court in 1973. No

disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Defendant Continental Casualty Company.

Date: December 9, 2004

Jeffrey S. Goldman, ARDC #0993654
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

STATE OF ILLINOIS )
COUNTY OF COOK ) SS.

Sworn to and subscribed before me this
_____ day of DECEMBER, 2004

Notary Public
My Commission Expires: 4/27/06

OFFICIAL SEAL
LAWANNA D CARTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/06

14411076v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of Dec, 2004, I served a copy of the foregoing Motion for Admission to Practice Pro Hac Vice and Affidavit of Jeffrey S. Goldman, Esq. by first-class mail, postage prepaid, upon the following:

Jeff LaPointe, Esq.
Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171

Jean M. Kelley