IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11044-RGS

BIMAL GHOSE,
    Plaintiff,
v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

### ASSENTED TO MOTION OF THE DEFENDANT CONTINENTAL CASUALTY COMPANY TO EXTEND TIME FOR FILING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, Continental Casualty Company, by its undersigned counsel, hereby moves that this Court grant it leave to file its Response to Plaintiff's Motion for Summary Judgment up to and including January 18, 2005. In support of this Motion, the Defendant submits that the Plaintiff has served a Motion for Summary Judgment and supporting documents. That Motion appears to have been mailed on December 31, 2004; however, Defendant's local counsel, Jean Kelley, Esq., only received the above-described Motion on the afternoon of January 5; and forwarded that Motion to Chicago counsel Jeffrey S. Goldman of SONNENSCHEIN NATH & ROSENTHAL LLP on January 6. By the Court's Scheduling Order of 8/10/04, Responses to any Motions for Summary Judgment filed in this matter were to be filed within 7 days. In light of the late receipt of these documents, and in order to provide a proper Response, the Defendant requests several additional days to file such a Response, up to and including January 18, 2005. The Defendant notes that Plaintiff's counsel Jeffrey LaPointe, Esq. has kindly assented to this Motion.

WHEREFORE, Continental Casualty Company respectfully requests that this Court grant it leave to file its Response to Plaintiff's Motion for Summary Judgment up to and including January 18, 2005.

| Respectfully submitted, | Assented To, |
|---|---|
| *[signature]* | *[signature]* |
| One of the Attorneys for Defendant, Continental Casualty Company | Attorney for Plaintiff, Bimal Ghose |

Jeffrey S. Goldman
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

Jean M. Kelley (BBO 265540)
MORRISON MAHONEY LLP
115 Commonwealth Ave.
Chestnut Hill, MA 02467
(617) 964-0323
jeanmkelley@comcast.net

Jeff LaPointe
Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171
(617) 328-1300

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2005, I served a copy of the foregoing Defendant's Motion To Extend Time To File Response To Plaintiff's Motion For Summary Judgment (Assented To) by first-class mail, postage prepaid, upon the following:

Jeff LaPointe, Esq.
Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171

/s/ Jean M. Kelley
Jean M. Kelley