UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**BIMAL GHOSE**

    **V.**                                          **CIVIL ACTION NO. 04-11044-RGS**

**CONTINENTAL CASUALTY COMPANY**

# NOTICE OF HEARING

**STEARNS, DJ.**                                                                 **FEBRUARY 23, 2005**

    **A HEARING\* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

## WEDNESDAY , APRIL 20 , 2005  AT  3:00  P.M.

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                                                        **RICHARD G. STEARNS**
                                                                        **UNITED STATES DISTRICT JUDGE**

                **BY:**

                                                                        **/s/ Mary H. Johnson**
                                                                        **Deputy Clerk**

**\*To be heard:   Cross-Motions for SJ (#'s 13 and 14).**