UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BIMAL GHOSE,<br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY<br>COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)   DOCKET NO: 04-11044RGS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK-MAGISTRATE OF THE ABOVE COURT:

    Please enter my appearance as attorney on behalf of Continental Casualty Company in the above-captioned matter.

    Respectfully submitted,
    Continental Casualty Company,
    By its attorneys,
    Morrison Mahoney LLP

    /s/sbolotin
    Steven J. Bolotin, BBO#564085
    250 Summer Street
    Boston, MA  02210
    617-439-7500