UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
BIMAL GHOSE,                        )
    Plaintiff,                      )
                                    )
v.                                  )   DOCKET NO: 04-11044RGS
                                    )
CONTINENTAL CASUALTY                )
COMPANY,                            )
    Defendant.                      )
_____)

**NOTICE OF APPEARANCE**

TO THE CLERK-MAGISTRATE OF THE ABOVE COURT:

Please enter my appearance as attorney on behalf of Continental Casualty Company in the above-captioned matter.

        Respectfully submitted,
        Continental Casualty Company,
        By its attorneys,
        Morrison Mahoney LLP

        /s/sburke
        Scott Douglas Burke, BBO#551255
        250 Summer Street
        Boston, MA  02210
        617-439-7500