IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIMAL GHOSE,                          )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        Civil Action No. 04-11044-RGS
                                      )
CONTINENTAL CASUALTY                  )
COMPANY                               )
                                      )
        Defendant.                    )

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as counsel for the Defendant Continental Casualty Company in the above-entitled case.

Respectfully submitted,

MORRISON MAHONEY LLP

By: _____
Jean M. Kelley BBO#265540
115 Commonwealth Ave.
Chestnut Hill, Massachusetts 02467
(617) 964-0323
(617) 969-8737 (facsimile)
jeanmkelley@comcast.net