UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BIMAL GHOSE

    V.                                  CIVIL ACTION NO. 04-11044-RGS

CONTINENTAL CASUALTY CO.

## NOTICE OF RE-SCHEDULED HEARING

**STEARNS, DJ.**                                    **MARCH 28, 2005**

DUE TO A CONFLICT IN THIS COURT'S CALENDAR, THE HEARING IN THE ABOVE-ENTITLED ACTION, PRESENTLY SCHEDULED FOR APRIL 21, 2005, IS HEREBY RE-SCHEDULED TO:

## WEDNESDAY, JUNE 29, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                               RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

        **BY:**

                                                            **/s/ Mary H. Johnson**
                                                              **Deputy Clerk**