IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL CASUALTY )<br>COMPANY )<br>)<br>Defendant. ) | Civil Action No. 04-11044-RGS |

## AGREED MOTION FOR APPROVAL OF FINAL JUDGMENT

Defendant, Continental Casualty Company, by their attorneys, Sonnenschein Nath & Rosenthal LLP, hereby submit this Agreed Motion for Approval of Final Judgment. In support of this Motion, Defendant states as follows:

1. Plaintiff, Bimal Ghose, filed this action seeking to recoup Short Term Disability (STD) benefits, which he alleged were wrongfully denied by Defendant Continental Casualty Company (CNA).

2. The parties filed cross motions for summary judgment in this matter.

3. On July 5, 2005, the Court granted Plaintiff's motion for summary judgment and denied Defendant's motion for summary judgment.

4. In its July 5, 2005 Order, the Court ordered the parties to agree on the exact amount of STD benefits involved in this case and submit a proposed form of final judgment.

5. The parties have agreed that the exact amount of STD benefits involved in this case is $22,347.01

6.  A copy of the parties' proposed form of final judgment is attached hereto.

WHEREFORE, the parties respectfully request that the Court approve the attached form of final order.

      Respectfully submitted,

      SONNENSCHEIN NATH & ROSENTHAL LLP

      By:____/s/sbolotin_____
      One of the Attorneys for Defendant Continental Casualty Company

Jeffrey S. Goldman
Dana B. Gruen
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Dr.
Chicago, IL  60606
(312) 876-8000 (ph)
(312) 876-7934 (fax)

Steven J. Bolotin, BBO #564085
Morrison Mahoney LLP
250 Summer St.
Boston, Massachusetts 02210
(617) 439-7500 (ph)
(617) 342-4943 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BIMAL GHOSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11044-RGS |
| | ) | |
| CONTINENTAL CASUALTY COMPANY | ) ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

This matter coming before me, it is hereby FINALLY ORDERED that:

1. Plaintiff, Bimal Ghose, filed this action seeking to recoup Short Term Disability (STD) benefits, which he alleged were wrongfully denied by Defendant Continental Casualty Company (CNA).

2. The parties filed cross motions for summary judgment in this matter.

3. On July 5, 2005, the Court granted Plaintiff's motion for summary judgment and denied Defendant's motion for summary judgment.

4. In its July 5, 2005 Order, the Court ordered the parties to agree on the exact amount of STD benefits involved in this case.

5. The parties have agreed that the exact amount of STD benefits involved in this case is $22,347.01

WHEREFORE, the amount of STD benefits is $22,347.01

SO ORDERED.

Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE