IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIMAL GHOSE,           )
                       )
    Plaintiff,          )
                       )
    v.                  )   Civil Action No. 04-11044-RGS
                       )
CONTINENTAL CASUALTY   )
COMPANY                )
                       )
    Defendant.          )

**FINAL JUDGMENT**

This matter coming before me, it is hereby FINALLY ORDERED that:

1. Plaintiff, Bimal Ghose, filed this action seeking to recoup Short Term Disability (STD) benefits, which he alleged were wrongfully denied by Defendant Continental Casualty Company (CNA).

2. The parties filed cross motions for summary judgment in this matter.

3. On July 5, 2005, the Court granted Plaintiff's motion for summary judgment and denied Defendant's motion for summary judgment.

4. In its July 5, 2005 Order, the Court ordered the parties to agree on the exact amount of STD benefits involved in this case.

5. The parties have agreed that the exact amount of STD benefits involved in this case is $22,347.01

WHEREFORE, the amount of STD benefits is $22,347.01

SO ORDERED.

/S/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

8/16/05