IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Civil Action No. 04-11044-RGS<br>) |
| CONTINENTAL CASUALTY<br>COMPANY,<br>    Defendant. | )<br>)<br>) |

### MOTION FOR COUNSEL FEES

Now comes the Plaintiff, Bimal Ghose, and through his counsel, moves that this Honorable Court order the Defendant, Continental Casualty Company, to pay counsel fees in the amount of $22,996.80 (please see Bill attached as Exhibit A), along with interest and costs in the amount of $240.70 ($200.00 to Quincy District Court for filing fee and $40.70 to Norfolk County Sheriff's Office for service).

As grounds for this motion, Plaintiff states that the United States District Court for the District of Massachusetts found for the Plaintiff in Final Judgment for the amount of $22,347.01. Plaintiff further states that the Defendant should have paid the Plaintiff under the Defendant's Short-Term Disability (STD) insurance plan. The Plaintiff was forced to hire legal counsel in order to pursue this matter in Court and expend monies in Court costs and fees.

WHEREFORE, plaintiff respectfully requests that the court order the Defendant to pay his counsel fees in the amount of $22,996.80, along with interest and costs in the amount of $240.70.

                                                                Respectfully Submitted,
                                                                Bimal Ghose,
                                                                By his Attorney,

                                                               George G. Burke, Esquire
                                                               The Law Office of George G. Burke
                                                               339 Hancock Street
                                                               Quincy, MA 02171
                                                               (617) 328-1300
                                                               BBO No.: 064940