IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE,<br>　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY<br>COMPANY,<br>　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 04-11044-RGS<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF GEORGE G. BURKE
## IN SUPPORT OF PLAINTIFF'S MOTION FOR COUNSEL FEES

　　I, George G. Burke, Esquire counsel for the Plaintiff, first being duly sworn, do on oath depose and state as follows:

1. I am the attorney of record for the Plaintiff, Bimal Ghose;

2. My firm has been retained by Bimal Ghose to represent him against the Defendant, Continental Casualty Company, as he was wrongfully denied short-term disability benefits by the Defendant, Continental Casualty Company, under the Employee Retirement Income Disability Act (E.R.I.S.A.).

3. The fair and reasonable rate charged by myself and the attorneys in this firm is $300.00 per hour;

4. A total of Seventy Seven Hours (77) have been expended in relation to obtaining Final Judgment from the United States District Court for the District of Massachusetts.

5. A total of $240.70 has been expended in costs ($200.00 to file claim in Quincy District Court and $40.70 to Norfolk County Sheriffs Office).

6. A total of $23,237.50 has been incurred in counsel fees and costs by the Plaintiff to pursue this matter in Court as the Plaintiff was wrongfully denied short-term disability benefits by the Defendant, Continental Casualty Company, under the Employee Retirement Income Disability Act (E.R.I.S.A.).

7. I am at this time requesting this Honorable Court to compute the interest due the Plaintiff in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF
SEPTEMBER 2005.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　George G. Burke, Esquire

The Law Office of George G. Burke
339 Hancock Street
Quincy, MA 02171


Invoice submitted to:
Mr. Ghose




September 13, 2005

Invoice #10914

    Professional services

|  |  | Hours | Amount |
|---|---|---:|---:|
| 2/19/04 | Office appointment w/ client | 0.30 | 52.50 |
| 3/1/04 | Office appointment w/ client | 0.40 | 70.00 |
| 3/2/04 | Worked on File | 0.40 | 70.00 |
| 3/5/04 | TC w/ client | 0.10 | 17.50 |
| 3/15/04 | TC w/ client | 0.10 | 17.50 |
| 3/17/04 | Office appointment w/ client | 0.40 | 70.00 |
| 3/31/04 | Review CNA info | 0.60 | 180.00 |
| 4/6/04 | Office appointment w/ client | 0.30 | 90.00 |
|  | Review MCAD docs | 1.00 | 300.00 |

Mr. Ghose                                                                Page   2

|         |                                              | Hours | Amount  |
|---------|----------------------------------------------|-------|---------|
| 4/7/04  | Draft Complaint<br>3 TC to Defendant         | 1.90  | 570.00  |
|         | Finish review of MCAD file                   | 0.70  | 210.00  |
| 4/9/04  | Office appointment w/ client                 | 1.40  | 420.00  |
| 4/12/04 | worked on file                               | 0.30  | 90.00   |
| 4/14/04 | Office appointment w/ client                 | 0.60  | 180.00  |
|         | Office appointment w/ client and GGB (2nd)   | 0.20  | 60.00   |
| 4/16/04 | Final Draft to Complaint                     | 0.30  | 90.00   |
|         | review letter dropped off by client          | 0.10  | 30.00   |
| 4/21/04 | work on file.                                | 0.60  | 180.00  |
| 4/22/04 | work on file with client                     | 0.20  | 60.00   |
| 5/4/04  | TC w/ Client (GGB)                           | 0.20  | 60.00   |
| 5/10/04 | work on file                                 | 0.70  | 210.00  |
| 5/21/04 | legal research                               | 1.40  | 420.00  |
|         | review                                       | 0.40  | 120.00  |
| 5/24/04 | tele con                                     | 0.50  | 150.00  |
| 5/28/04 | telecon with Dotty                           | 0.30  | 90.00   |
| 6/8/04  | Office appointment                           | 0.30  | 90.00   |

Mr. Ghose                                                              Page    3

|         |                                                                                  | Hours | Amount |
|---------|----------------------------------------------------------------------------------|-------|--------|
| 6/10/04 | review docs for attorney J. Kelley                                               | 0.30  | 90.00  |
| 6/16/04 | telephone confrence for Attorney Kelly                                           | 0.20  | 60.00  |
| 6/17/04 | telephone confrence with Attorney Kelly                                          | 0.20  | 60.00  |
| 6/18/04 | Telephone confence for Attorney Kelley                                           | 0.30  | 90.00  |
| 6/24/04 | New File                                                                         | 0.20  | 60.00  |
| 7/7/04  | Telephone confrence with Attorney Kelley                                         | 0.30  | 90.00  |
| 7/12/04 | Review of Court filing from defendant's Attorney Kelly.                          | 0.20  | 60.00  |
| 7/16/04 | review documents                                                                 | 0.30  | 90.00  |
| 7/19/04 | Telephone Conference with Attorney Kelly                                         | 0.40  | 120.00 |
| 7/20/04 | Review Correspondence                                                            | 0.20  | 60.00  |
|         | telephone conference  for client                                                 | 0.20  | 60.00  |
| 7/23/04 | Telephone conference for client                                                  | 0.30  | 90.00  |
| 7/27/04 | review correspondence                                                            | 0.50  | 150.00 |
| 7/28/04 | Work on order and telephone conference with defendant's attorney in Chicago and discussion of Pre Trial Conference Order. | 1.80  | 540.00 |

**Mr. Ghose**                                                                    Page    4

|         |                                                              | Hours | Amount |
|---------|--------------------------------------------------------------|-------|--------|
| 7/30/04 | Work on memo                                                 | 2.00  | 600.00 |
| 8/2/04  | Office appointment with client                               | 1.00  | 300.00 |
|         | Telephone Conference for attorney                            | 0.20  | 60.00  |
| 8/3/04  | Review Correspondence                                        | 1.30  | 390.00 |
| 8/4/04  | Telephone conference for client Office appointment with client | 0.60  | 180.00 |
| 8/5/04  | review correspondence                                        | 0.30  | 90.00  |
| 8/6/04  | Telephone conference                                         | 0.20  | 60.00  |
| 8/9/04  | Appear at Federal District court                             | 2.80  | 840.00 |
| 8/12/04 | Reviewed medicals                                            | 0.50  | 150.00 |
| 8/17/04 | New file with GGB                                            | 0.60  | 180.00 |
| 8/18/04 | New MCAP case                                                | 0.50  | 150.00 |
| 9/1/04  | Telephone conference with attorney                           | 0.20  | 60.00  |
| 9/3/04  | Telephone conference with claim attorney.                    | 0.20  | 60.00  |
| 9/9/04  | review fax from attorney                                     | 0.20  | 60.00  |
|         | Telephone conference with client                             | 0.30  | 90.00  |
| 9/13/04 | New file                                                     | 1.00  | 300.00 |
| 9/16/04 | Worked on file                                               | 0.40  | 120.00 |

Mr. Ghose                                                                   Page   5

|          |                                                      | Hours | Amount   |
|----------|------------------------------------------------------|-------|----------|
| 9/17/04  | Telephone conference with Defendant's attorney       | 0.30  | 90.00    |
| 9/20/04  | worked on file                                       | 0.50  | 150.00   |
| 9/27/04  | Worked on file                                       | 0.50  | 150.00   |
| 9/28/04  | Telephone conference with Atty. Gruen                | 0.30  | 90.00    |
| 10/5/04  | Office appointment with client                       | 0.30  | 90.00    |
| 10/6/04  | Worked on Memo                                       | 1.50  | 450.00   |
| 10/8/04  | Telephone conference with Attorney Gruen             | 0.40  | 120.00   |
| 10/19/04 | Worked on file                                       | 0.30  | 90.00    |
| 10/25/04 | Draft Memo                                           | 1.00  | 300.00   |
| 10/26/04 | Telephone conversation with Atty. Gruen              | 0.60  | 180.00   |
| 10/27/04 | Review of all documents.                             | 1.00  | 300.00   |
| 10/29/04 | Worked on file                                       | 0.40  | 120.00   |
| 11/1/04  | Telephone conference with Atty. Gruen                | 0.30  | 90.00    |
| 11/2/04  | Read pages 1-195 of report                           | 3.50  | 1,050.00 |
|          | Read pages 196-230 of report                         | 0.20  | 60.00    |
|          | Read pages 230-265 of report                         | 0.60  | 180.00   |

Mr. Ghose                                                                                           Page    6

|          |                                                                                  | Hours | Amount |
|----------|----------------------------------------------------------------------------------|-------|--------|
| 11/3/04  | Reviewed report                                                                  | 0.40  | 120.00 |
| 11/8/04  | Telephone call with attorney.                                                    | 0.30  | 90.00  |
| 11/9/04  | Telephone call from client.                                                      | 0.20  | 60.00  |
| 11/17/04 | Telephone conference with Atty. Gruen                                            | 0.30  | 90.00  |
| 11/22/04 | Worked on file.                                                                  | 0.50  | 150.00 |
| 11/24/04 | Telephone conference with Attorney Gruen                                         | 0.30  | 90.00  |
| 11/29/04 | Scheduled appointment with client.                                               | 0.10  | 30.00  |
| 11/30/04 | Office appointment with client                                                   | 0.30  | 90.00  |
| 12/8/04  | Review Motion for Summary Judgment and accompanying Memo.                        | 1.20  | 360.00 |
| 12/9/04  | Worked on file.                                                                  | 0.50  | 150.00 |
| 12/10/04 | Worked on Opposition to Summary Judgment.                                        | 0.80  | 240.00 |
| 12/17/04 | Work on file.                                                                    | 0.40  | 120.00 |
| 12/20/04 | Telephone call with client, scheduled appointment for Tuesday at 2:00 p.m.       | 0.20  | 60.00  |
| 12/21/04 | Office appointment with client; and Worked on Summary Judgment.                  | 2.50  | 750.00 |
| 12/22/04 | Draft Motion for Summary Judgment.                                               | 0.90  | 270.00 |

Mr. Ghose                                                                  Page    7

|          |                                                                  | Hours | Amount |
|----------|------------------------------------------------------------------|-------|--------|
| 12/24/04 | Worked on Summary Judgment.                                       | 1.50  | 450.00 |
| 12/28/04 | Worked on Motiona dn Memorandum.                                  | 1.80  | 540.00 |
| 12/29/04 | Drafted Memorandum.                                               | 1.20  | 360.00 |
| 12/30/04 | Final draft of Motion to Suppress, Statement of Facts, and Memorandum of Law. | 2.80  | 840.00 |
| 12/31/04 | Office appointment with client.                                   | 1.00  | 300.00 |
| 1/3/05   | Reviewed correspondence from Atty. Kelly                          | 0.20  | 60.00  |
| 1/6/05   | Telephone conference with Atty. Kelly.                            | 0.30  | 90.00  |
| 1/7/05   | Telephone conference with Attorney Kelley.                        | 0.40  | 120.00 |
| 1/11/05  | Worked on file.                                                   | 0.50  | 150.00 |
| 1/14/05  | Worked on file; Telephone conference with Atty. Kelly.            | 0.50  | 150.00 |
| 1/17/05  | Telephone conference with Atty. Kelly.                            | 0.30  | 90.00  |
| 1/18/05  | Reviewed Opposition filed by Defendant.                           | 1.40  | 420.00 |
| 1/24/05  | Prepare and review file for Motion Hearing.                       | 0.90  | 270.00 |

Mr. Ghose                                                                  Page    8

|         |                                                              | Hours | Amount |
|---------|--------------------------------------------------------------|-------|--------|
| 1/27/05 | Telephone conference with Atty. Gruen.                       | 0.30  | 90.00  |
| 1/28/05 | Telephone conference with Atty. Kelly                        | 0.20  | 60.00  |
| 3/14/05 | Telephone conference with Defendant's attorney.              | 0.30  | 90.00  |
| 4/1/05  | Reviewed Court notice re: change of date for Trial.          | 0.10  | 30.00  |
| 4/4/05  | Telephone conference with defendant's attorney re: new date. | 0.20  | 60.00  |
| 4/7/05  | Telephone conference with Bimal Ghose.                       | 0.20  | 60.00  |
| 5/16/05 | Telephone conference with client's mother.                   | 0.30  | 90.00  |
| 5/18/05 | Telephone conference with defendant's attorney.              | 0.30  | 90.00  |
| 5/24/05 | Telephone conference with client.                            | 0.20  | 60.00  |
| 5/26/05 | Telephone conference with Defendant's attorney.              | 0.30  | 90.00  |
| 6/3/05  | Office appointment with client; Worked on file.              | 1.70  | 510.00 |
| 6/7/05  | Prepared for Court.                                          | 0.30  | 90.00  |
| 6/9/05  | Telephone conference with client.                            | 0.20  | 60.00  |

Mr. Ghose                                                                              Page    9

|         |                                                                    | Hours | Amount |
|---------|--------------------------------------------------------------------|-------|--------|
| 6/14/05 | Telephone conference with Defendant's attorney.                    | 0.30  | 90.00  |
| 6/20/05 | Telephone conference for Brimal.                                   | 0.20  | 60.00  |
| 6/22/05 | Telephone conference with Defendant's attorney.                    | 0.30  | 90.00  |
| 6/24/05 | Prepare for Hearing.                                               | 0.50  | 150.00 |
| 6/28/05 | Prepared for Hearing.                                              | 1.80  | 540.00 |
| 7/11/05 | Telephone conference with client.                                  | 0.20  | 60.00  |
| 7/21/05 | Telephone conference with Dana Gruen.                              | 0.10  | 30.00  |
| 7/22/05 | Telephone conference with Dana Gruen; Telephone conference with Court re: Judgment. | 0.60 | 180.00 |
| 7/25/05 | Office appointment with client.                                    | 1.00  | 300.00 |
| 7/27/05 | Office appointment with client.                                    | 0.70  | 210.00 |
| 8/3/05  | Office appointment with client.                                    | 1.00  | 300.00 |
| 8/4/05  | Reviewed facsimile from Atty. Gruen; Telephone conference with Atty. Gruen. | 0.30 | 90.00 |
| 8/8/05  | Telephone conference with client.                                  | 0.20  | 60.00  |
| 8/10/05 | Telephone conference with Atty. Gruen.                             | 0.30  | 90.00  |

Mr. Ghose                                                                   Page  10

|         |                                            | Hours  | Amount      |
|---------|--------------------------------------------|--------|-------------|
| 8/15/05 | Office appointment with client.            | 0.20   | 60.00       |
| 8/18/05 | Telephone conference with Federal Court; Telephone conference with Atty. Gruen. | 0.20 | 60.00 |
| 8/30/05 | Reviewed file w/ GGB.                      | 0.20   | 60.00       |
|         | For professional services rendered         | 77.50  | $23,037.50  |
| 5/12/04 | Payment - thank you                        |        | ($40.70)    |
|         | Balance due                                |        | $22,996.80  |

## CERTIFICATE OF SERVICE

I, George G. Burke, Esquire, hereby certify this 13th day of September 2005 I served a true copy of the within Plaintiff's Motion for Counsel Fees and Affidavit of George G. Burke in Support of Plaintiff's Motion for Counsel Fees by first-class mail, postage pre-paid, upon the following:

Dana B. Gruen, Esquire
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Jean M. Kelley, Esquire
Morrison Mahoney, LLP
115 Commonwealth Avenue
Chestnut Hill, MA 02467

Signed under the Pains and Penalties of Perjury this 13th day of September 2005

George G. Burke, Esquire