UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIMAL GHOSE,<br>　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY<br>COMPANY,<br>　　Defendant. | )<br>)<br>)<br>)<br>) DOCKET NO: 04-11044RGS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK-MAGISTRATE OF THE ABOVE COURT:

　　Please enter my appearance as attorney on behalf of Continental Casualty Company in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Continental Casualty Company,
　　　　　　　　　　　　　　　　　　By its attorneys,
　　　　　　　　　　　　　　　　　　Morrison Mahoney LLP

　　　　　　　　　　　　　　　　　　*/s/ Lynne McNeill*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lynne McNeill, BBO#644721
　　　　　　　　　　　　　　　　　　Morrison Mahoney LLP
　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　617-439-7500

I hereby certify that on May 18, 2006 a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.

/s/ Lynne McNeill
_____
Lynne McNeill

1004577v1